UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

        **Plaintiff,**

                                      **Civil Action 2:23-cv-3696**
    **v.**                              **Judge Algenon L. Marbley**
                                        **Magistrate Judge Chelsey M. Vascura**

TT CLUB MUTUAL INSURANCE, LTD,

        **Defendant.**


**ORDER**

      This matter is before the Court on Defendant's Motion for Leave to File Documents Under Seal. (ECF No. 81.) Defendant asserts that certain portions of its forthcoming Opposition to Plaintiff's Motion to Strike contains references to the deposition of Matthew Bates, which the Court has previously approved for sealing. (*Id.*)

      Based on these representations, the Court concludes that the Defendant's forthcoming filing contains confidential information that should be shielded from public access. Accordingly, the motion is **GRANTED**. Defendant may file its forthcoming response **UNDER SEAL**.

      The Court is mindful that sealing of documents should be narrowly tailored and no broader than necessary. *See Shane Grp., Inc. v. Blue Cross Blue Shield*, 835 F.3d 299, 305 (6th Cir. 2016). Accordingly, Defendant shall, **WITHIN SEVEN DAYS** of filing its response brief, file a redacted version of the brief on the public docket, redacting only that information constituting the confidential information as described in its Motion to Seal (ECF No. 81).

2

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE